Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN NAVARRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUILDERS DISBURSEMENTS, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:17-cv-05838-DMG-RAO<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 13th day of November, 2017

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff


By: s/Nicole V. Ozeran, Esq.
Nicole V. Ozeran
Attorney for Defendant

1  Filed electronically on this 13th day of November, 2017, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system to:

5  Honorable Dolly M. Gee
   United States District Court
6  Central District of California

7
8  All Counsel of Record as Recorded On The Electronic Service List.

9  This 13th day of November, 2017.
10 s/Todd M. Friedman
   TODD M. FRIEDMAN
11

12

13

14
   73661676v.1
15