JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLYN NAVARRO, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**BUILDERS DISBURSEMENTS, INC., and DOES 1 through 10, inclusive, and each of them,**<br><br>Defendant. | Case No.: CV 17-5838-DMG (RAOx)<br><br>**ORDER RE DISMISSAL OF ACTION [15]** |

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation, this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class' claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

DATED: November 21, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE